# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:14-cv-00207-MMD-GWF |
| vs. | ) **ORDER** |
| HORIZON FIRE PROTECTION, INC., et al., | ) |
| Defendants. | ) |

This matter is before the Court on Esteban-Trinidad Law, PC's Motion to Withdraw as Counsel for Defendants Horizon Fire Protection, Inc., Jeff Richmond, Fernando Troncoso, and Maritza Troncoso (#26), filed July 9, 2015.  To date, no party has filed a response to this motion and the time for opposition has now expired.  Furthermore, the movant substantially establishes good cause for the withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Esteban-Trinidad Law, PC's Motion to Withdraw as Counsel for Defendants Horizon Fire Protection, Inc., Jeff Richmond, Fernando Troncoso, and Maritza Troncoso (#26) is **granted**.

**IT IS FURTHER ORDERED** that Counsel shall serve a copy of this Order on Defendants Horizon Fire Protection, Inc., Jeff Richmond, Fernando Troncoso, and Maritza Troncoso.

**IT IS FURTHER ORDERED** that Counsel shall provide the Court will the last known addresses of Defendants Horizon Fire Protection, Inc., Jeff Richmond, Fernando Troncoso, and Maritza Troncoso.

. . .

. . .

**IT IS FURTHER ORDERED** that **Horizon Fire Protection, Inc.** must retain new counsel if it intends to continue to litigate this matter.  A corporation or limited liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  **Horizon Fire Protection, Inc.** shall have until **August 31, 2015**, to advise the Court if it will retain new counsel.

DATED this 29th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge